**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

IN RE:

**DONNELL DWAYNE RAGLAND**                                  Case No.: **26-10762**
                                                            Chapter 13

                    Debtor.

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN**

1.

_____ A. This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix.

_____ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan filed herewith, filed on this Day of _____, 2023, makes no changes from the last previously filed plan other than to increase the amount payable under the plan. In such event, no service is required.

\_\_ X \_\_ C. ALL OTHER PLANS: This is to certify that on the 3RD day of February, 2026, the Certificate of Service; and Chapter 13 Plan, were mailed first class mail, postage prepaid, to all addresses on the attached matrix or list, with the exception of the following who were served by CM/ECF instead of by mail:

Timothy P. Branigan, Esquire - Chapter 13 Trustee

AND

2. \_\_\_\_\_ I caused the Chapter 13 Plan filed herewith, filed on the \_\_\_ Day of _____, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. Since you aone, believed he got all that was wanted of him, wanted

AND

3. _____ Along with each copy of the Plan served under Section 2. I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor which I have also filed with the Court as a supplement to the Plan.

_____ This is an amended Plan and the documentation supporting Debtor's

entitlement to the relief contained in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

    I hereby certify that the foregoing is true and correct.

| | |
|---|---|
| Dated: February 3, 2026 | <u>Kimberly D. Marshall</u><br>Kimberly D. Marshall<br>603 Post Office Road<br>Suite 209<br>Waldorf, MD 20602<br>(301) 893-2311<br>somdbankruptcy@aol.com |