**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

IN RE:

**DONNELL DWAYNE RAGLAND**                    Case No.: **26-10762**
                                              Chapter 13

*Debtor.*

**<u>DEBTOR'S  MOTION FOR AUTHORITY TO INCUR NEW SECURED FINANCING</u>**

COMES  NOW Debtor, Donnell Dwayne Ragland, by and through his  undersigned counsel, Kimberly D. Marshall, and, in support of his  Motion For Authority To Incur New Secured Financing, respectfully represent as follows:

1. That on January 23, 2026,  the Debtor  filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor's Chapter 13 Plan has not yet been confirmed.

3.  The Debtor owned, at the time of the filing of his Chapter 13 bankruptcy case,  a 2017 Toyota Corolla with 220,000 miles.  The Debtor's filed plan provides for the cram down of the vehicle and payment through the Debtor's Chapter 13 plan.

4.  Since the Debtor filed for Chapter 13 relief, the 2017 Toyota Corolla has ceased to operate and requires, among other things, a new transmission.  The cost of repairs to make the vehicle operable is well over $5,000.00.   The Debtor does not have the funds to pay for the reapirs to the vehicle.  Even if the Debtor had the funds to pay for the repairs, it does not make good sense to spend over $5,000.00 to repair a vehicle that has over 220,000 miles.

5.  The Debtor earns his income as a Door Dash driver.  He relies on an operable vehicle to earn his living.

6.  The Debtor has gone out and priced vehicles. The Debtor has found a 2026 Toyota

Corolla with a purchase price of approximately $32,000.00.  The interest rate is approximatealy 17% and payments will be approximately $720.00 per month.  The Debtor does not have to put anything down for the purchase and will not be trading in a vehicle.

7.  It is the intent of the Debtor to amend his plan to surrender the 2017 Toyota Corolla to Lendmark.

8.  The Debtor is in desperate need of a vehicle so that he may earn the income necessary to make his payments pursuant to the terms of his filed Chapter 13 plan.

WHEREFORE, the Debtor  prays  this Honorable Court:

A.  Enter an Order permitting the Debtor  to incur new secured financing pursuant to the terms stated above or similar terms if the vehicle is no longer available;

B.  And for such other and further relief this Honorable Court may deem just and proper.

Respectfully submitted,


/s/ Kimberly D. Marshall
Kimberly D. Marshall
603 Post Office Road
Suite 209
Waldorf, MD 20602
(301) 893-2311
somdbankruptcy@aol.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st  day of March, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion To Incur Debt, Notice of Motion and proposed Order will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Esquire - Chapter 13 Trustee

I hereby further certify that on this 31st day of March, 2026, a copy of the foregoing

Motion to Incur Debt, Notice of Motion and proposed Order were also mailed first class mail, postage prepaid, to:  all those interested persons listed on the attached mailing matrix.


/s/ Kimberly D. Marshall
Kimberly D. Marshall