Entered: April 9th, 2026
Signed: April 8th, 2026

**SO ORDERED**

The April 9, 2026 hearing on the motion is cancelled and has been removed from the Court's calendar.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

IN RE:

**DONNELL DWAYNE RAGLAND**

*Debtor.*

Case No.: **26-10762**
Chapter 13

### ORDER AUTHORIZING DEBTOR TO INCUR NEW SECURED FINANCING

UPON CONSIDERATION of the Debtor's Motion for Authority To Incur New Secured Financing to purchase a vehicle, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtor is authorized to finance approximately $32,000.00, under the terms and conditions set forth in the Debtor's Motion; and it is further,

ORDERED, that if the 2026 Toyota Corolla is no longer available, the Debtor is authorized to purchase a similar vehicle under similar financing terms and conditions, as set forth herein without the need for further Court Order.

cc: Debtor
    Debtor's Counsel - Kimberly D. Marshall, Esquire
    Chapter 13 Trustee - Timothy P. Branigan, Esquire
    All Creditors and Parties in Interest

END OF ORDER